IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COOKEVILLE DIVISION

| | | |
|---|---|---|
| HAROLD ENGLAND, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 2:05-0008 |
| | ) | JUDGE HAYNES |
| DAVID ANDREWS, SHERIFF OF | ) | |
| PUTNAM COUNTY, TENNESSEE | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

In accordance with the Memorandum filed herewith, the Defendant's motion for summary judgment (Docket Entry No. 7) is **GRANTED**. This action is **DISMISSED** with prejudice.

This is the Final Order in this action.

It is so **ORDERED.**

**ENTERED** this the 7th day of September, 2005.

WILLIAM J. HAYNES, JR.
United States District Judge